STIPULATION

Assistant District Attorney Bari Kamlet of the Bronx District Attorney's Office and Andrea G. Hirsch, attorney for Devon Millington, stipulate that, if called to testify, Judge Robert H. Straus, who, at the time of Devon Millington's trial for first-degree murder, was a judge sitting on the Supreme Court of the State of New York in Bronx County and presided over Millington's trial, would state that

1) he took notes regarding Millington's case and transferred those notes into a ledger book, which he retained;

2) he has examined that ledger book;

3) the ledger book shows that plea offers were made to all three defendants;

4) the ledger book states that the offer or offers to each defendant was as follows:

    a) Devon Millington — "Murder 2 with 20 to life (possibly 18 or 19 to life; defendant wants 15 to life)";

    b) Anthony Stallings — "Murder 2 with 15 to life";

    c) Michael Suarez — "Robbery first degree with promise of 14 years determinate with cooperation at trial."

Dated: New York, New York
January 22, 2014

*[signature]*
Bari L. Kamlet
Assistant District Attorney
Bronx County

*[signature]*
Andrea G. Hirsch
Attorney for Devon Millington

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/14

COURT EXHIBIT
1
1/22/2014